**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Nancy Faber | ) | Case no. 21-04144 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Nancy Faber                                                                   Patrick A Crame Law Office
5N800 Meredith Rd                                                        1515 N Harlem Ave #206-3
Maple Park, IL 60151                                                      Oak Park, IL 60302

Please take notice that on Friday, April 23, 2021 at 9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, and present the Trustee's motion a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https//www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, April 16, 2021

Glenn Stearns, Chapter 13 Trustee                              /s/ Jenn Karmia
801 Warrenville Road, Suite 650                                 For: Glenn Stearns, Trustee
Lisle, IL 60532-4350
Ph: (630) 981-3888

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Nancy Faber | ) | Case no. 21-04144 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  Janet S. Baer |
| | ) | |

**MOTION TO DISMISS FOR FAILURE TO FILE  REQUIRED DOCUMENTS UNDER § 521(a)(1) AND 1307(c)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11  U.S.C § 521(a)(1) and 1307(c) and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on March 30, 2021.
2. The debtor has failed to file the following schedules:  H
3. The debtor has failed to file a Form B101 (Petition) signed by the debtor.

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to § 521 (a)(1) and 1307(c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Pamela L. Peterson
For:  Glenn Stearns, Trustee